

FILED
OCT 25 2017
Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# ~~BUTTE~~ Missoula DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF SAMSUNG MODEL SM-S975L(GP), CELLULAR TELEPHONE WITH SERIAL NUMBER RV8GA12F70R, CURRENTLY LOCATED AT 2970 KING AVENUE WEST, BILLINGS, MONTANA | MJ 17-54-~~BU~~M-JCL<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 25th day of October 2017.

HON. JEREMIAH C. LYNCH
U.S. Magistrate Judge