IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

OCT 31 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

| In the Matter of the Search of: | MJ-17-54-M-JCL |
|---|---|
| Samsung Model SM-S975L(GP) Cellular Telephone with Serial Number RV8GA12F70R | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 31st day of October, 2017.

Jeremiah C. Lynch
United States Magistrate Judge